

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

yaronoff@foley.com E-MAIL

CLIENT/MATTER NUMBER
069415-0107

May 29, 2014

**VIA E-MAIL (ABRAMS_NYSDCHAMBERS@NYSD.USCOURTS.GOV)
AND ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

      Re:  *Maryam Sayigh v. Pier 59 Studios, L.P. and Federico Pignatelli*
            SDNY 11-CV-1453 (RA)

Dear Judge Abrams:

    We represent Pier 59 Studios, L.P. ("Pier 59") and Federico Pignatelli. Pursuant to Your Honor's April 18, 2014 Docket Order (DE no. 43), we write to notify the Court that AAA Arbitrator Ira Cure, Esq. has issued an Attorneys' Fees Award directing Pier 59 to pay certain attorneys' fees and costs to Ms. Sayigh. There are no further matters before the AAA at this time.

                                      Respectfully submitted,

                                        Yonaton Aronoff

cc:  (by e-mail): Ann Macadangdang, Esq.

BOSTON    JACKSONVILLE    MILWAUKEE    SAN DIEGO    SILICON VALLEY
BRUSSELS    LOS ANGELES    NEW YORK    SAN DIEGO/DEL MAR    TALLAHASSEE
CHICAGO    MADISON    ORLANDO    SAN FRANCISCO    TAMPA
DETROIT    MIAMI    SACRAMENTO    SHANGHAI    TOKYO
                                                                     WASHINGTON, D.C.

4839-4525-1355.1